# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00128-CV

**Billy Zvonek and Uptown Cars Inc., Appellants**

**v.**

**Jose Duran and Maria Duran, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-12-003023, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants Billy Zvonek and Uptown Cars Inc.'s brief was due in July 2014. After receiving two extensions to file their brief, their brief was due on September 12, 2014. They have filed multiple motions for extension of time to file their brief. In their most recent motion, they request an extension until October 28, 2014. Appellees Jose Duran and Maria Duran have filed motions to dismiss and objections to the extensions. They contend that appellants have provided false excuses to this Court for requiring additional time.

This Court dismisses the pending motions for extension of time to file appellants' brief as moot and orders that appellants' deadline to file their brief is November 4, 2014. No further extensions will be granted.

If appellants fail to file a brief that complies with the Texas Rules of Appellate Procedure by November 4, 2014, this Court will dismiss the appeal for want of prosecution.

It is ordered on October 23, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin